UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20883-CR-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

JOHN AHEARN and,
ANDREW H. WILSON,

    Defendants.
_____/

## NOTICE OF RELATED ACTION

The United States of America respectfully files this Notice of Related Action, pursuant to Rule 3.8, Local Rules of the United States District Court for the Southern District of Florida, and as described in Section 2.15.00 of the Court's Internal Operating Procedures, to apprise the Court of similar actions related to the instant action, that have been filed and/or are pending in the Southern District of Florida and which have substantial overlap with the factual allegations in the instant matter.  On October 10, 2017, three defendants were charged by indictment in related cases, *United States v. James M. Schneider*, Case No. 17-20712-CR-FAM and *United States v. Myron Gushlak and Yelena Furman*, Case No. 17-20713-CR-CMA.   The *Schneider* case is currently scheduled to commence trial before Judge Moreno on March 5, 2018.  No trial date has been set in the *Gushlak/Furman* case.  Previously, four separate criminal informations were filed charging seven defendants in related cases: *United States v. Daniel McKelvey and Jeffrey Lamson*, Case No. 16-20546-CR-RNS; *United States v. Steven Sanders and Alvin Mirman*, Case No. 16-20572-CR-CMA; *United States v. Sheldon Rose and Ian Kass*, Case No. 16-20706-CR-JEM; and, *United States v. David Lubin*, Case No. 17-20508-CR-MGC.  The Government has filed Notices of

Related Action pursuant to Local Rule 3.8, in each of these matters as the subsequent cases were filed.

All of these matters, including the two indicted cases, have factual overlap with the allegations set forth in *Ahearn-Wilson*. Defendant John Ahearn is alleged here to have participated in a conspiracy to fraudulently transfer of shares of certain penny stock companies, shares of Entertainment Art, Inc. ("EERT"). Defendant Andrew H. Wilson, who was a licensed attorney, is charged with participating in the conspiracy by, among other things, executing false opinion letters to further the securities fraud scheme in relation to EERT. These same transactions form the basis of allegations and substantive counts, in the *Gushlak-Furman*, and *Schneider* cases.

The United States apprises the Court as to the filing of a similar action pursuant to the requirements of Local Rule 3.8, and otherwise takes no position as to whether the matters should be heard by the same presiding judge.

Dated: December 14, 2017

                                        Respectfully submitted,

                                        RANDY A. HUMMEL
                                        ATTORNEY FOR THE UNITED STATES,
                                        ACTING UNDER AUTHORITY
                                        CONFERRED BY 28 U.S.C. § 515

By:   *s/ Jerrob Duffy*
        Jerrob Duffy
        Assistant United States Attorney
        Court No. A5501106
        Jerrob.Duffy@usdoj.gov
        United States Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9273
        Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by filing via the same via the Court's CM/ECF filing system, and via e-mail a copy to the counsel listed below who are known to the United States to represent the defendants in relation to this matter.

           *s/ Jerrob Duffy*
           Assistant United States Attorney

## SERVICE LIST

Gerald E. Greenberg, Esq.
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3224
Phone: (305) 728-0953
Fax: (305) 728-0951
ggreenberg@gsgpa.com

Adam Schwartz, Esq.
Homer Bonner Jacobs
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5116
Fax: (305) 982-0079
aschwartz@homerbonner.com

*Counsel for Defendant John Ahearn*

Samuel J. Rabin Jr., Esq.
800 Brickell Avenue - Suite № 1400
Miami, FL 33131-2971
Phone: 305.358.1064
Fax: 305.372.1644
Email: sjr@miamilawyer.com
*Counsel for Defendant Andrew H. Wilson*