UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-20883-CR-WILLIAMS

UNITED STATES OF AMERICA,

v.

JOHN AHEARN,

       Defendant.
_____/

## JUDGMENT OF FORFEITURE

THIS CAUSE came before the Court upon the motion of the United States, pursuant to the procedures set forth at Fed.R. Crim.P. 32.2(b) for the entry of a forfeiture order.  Based on the record in this matter, the plea agreement of the defendant, and for good cause shown, the Court finds as follows with respect to forfeiture in this action as to defendant JOHN AHEARN:

An Information was filed charging defendant, JOHN AHEARN (defendant"), and another, with a conspiracy to sell unregistered securities in violation of Title 18, United States Code, Section 371.  The Information also contained forfeiture allegations which placed defendant and co-defendant on notice, should one or both be convicted, that the United States would seek to forfeit all statutorily authorized property, specifically, any property, real or personal, which constitutes or is derived from, proceeds traceable to such violation.

Defendant entered into a Plea Agreement and agreed, among other things, to forfeit all fees, distributions or salary he personally received directly attributable to the offense [D.E. 13]. Defendant agreed to the imposition of a forfeiture judgment in the amount of $18,538.55. Defendant will be submitting that amount, in certified funds, payable to the "United States

Marshals Service" on or before January 23, 2019.

Accordingly, it is:

ORDERED and ADJUDGED:

1. Forfeiture, in the amount of $18,538.55 (US) representing the proceeds defendant personally received through fees, distributions or salary from the offense to which Defendant pled guilty, is entered against defendant, JOHN AHEARN.

2. Duly authorized law enforcement officials, shall seize and take custody of property for forfeiture and forfeit the funds under this Order pursuant to Title 21, United States Code, Section 853(g) and (p).

3. The Court shall retain jurisdiction in this matter to take additional action and enter further order as necessary to implement and enforce this forfeiture order and judgment.

4. This Judgment of Forfeiture is final as to the defendant, JOHN AHEARN as of sentencing and will be incorporated into the sentence and judgment.

DONE and ORDERED in Chambers at Miami, Florida, on this ___ day of January, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE